STEPHEN P. JOHNSON *et als.* *vs.* JOHN L. KEYES *et al.* October 6, 1939. Decrees affirmed. These are appeals from decrees of the Probate Court, in the matter of the alleged will of Nellie A. Keyes, late of Lowell, denying motions by the contestants for the framing of issues for trial by a jury. The argument in behalf of the contestants is now directed only to the issue of undue influence. Upon consideration of the statements of expected evidence — which need not be recited — in the light of the established principles of

law governing the framing of such issues and review on appeal after action of the Probate Court on motions for the framing of such issues — which have been frequently stated and need not be restated — we conclude that there was no error in the denials of these motions.

*M. J. Cohen*, (*J. P. Cassidy & F. F. O'Donnell* with him,) for the contestants.

*J. H. Gilbride*, (*C. R. Flood* with him,) for the petitioners.